# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2023

December 21, 2023

**BY EMAIL**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Aaron_NYSDChambers@nysd.uscourts.gov

Request GRANTED. SO ORDERED.
Dated: December 22, 2023

*/s/ Stewart D. Aaron*

Re:   **United States v. Eduardo Suazo Nunez**
      **20 MJ 847**

Dear Judge Aaron:

   I write to respectfully request that the Court modify Mr. Suazo Nunez's bail conditions to eliminate his curfew. Pretrial Services consents to this request and the Government defers to Pretrial.

   On September 26, 2023, Magistrate Judge Ona T. Wang ordered Mr. Suazo Nunez released on his own signature and several additional bail conditions, including *inter alia* a curfew enforced via electronic monitoring. Since his release, Mr. Suazo Nunez has fully complied with his bail conditions. He now seeks to remove the requirement that he abide by a curfew enforced by location monitoring, particularly in anticipation of family gatherings surrounding the holidays.

   As noted above, Pretrial Services consents to this request. Assistant U.S. Attorney David Robles informs me the Government defers to Pretrial Services. Accordingly, I ask that the Court remove Mr. Suazo Nunez's curfew and continue with his other bail conditions.

Sincerely,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

CC:   AUSA David Robles
      USPSO Marlon Ovalles